THORNTON DAVIDSON, #166487
The ERISA Law Group
2055 San Joaquin Street
Fresno, California 93721-2717
Telephone:    (559) 256-9800
Facsimile:     (559) 256-9795
e-mail:thornton@erisalg.com

Attorney for Plaintiff, DAISY THOMAS-COHENS

SEAN P. NALTY  (SBN #121253)
SHIVANI NANDA (SBN 253891)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:    (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Defendant
LOCKHEED MARTIN INC.,
GROUP BENEFIT PLAN
(erroneously sued herein as LOCKHEED MARTIN INC.,
GROUP LONG TERM DISABILITY PLAN)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| DAISY THOMAS-COHENS, | Case No.:10-cv-02602-JAM-GGH |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)** |
| LOCKHEED MARTIN INC., GROUP LONG TERM DISABILITY PLAN, | |
| Defendant. | |
| | Filed: September 24, 2010 |

   PLEASE TAKE NOTICE THAT Plaintiff, DAISY THOMAS-COHENS, and Defendant,

LOCKHEED MARTIN INC., GROUP LONG TERM DISABILITY PLAN have reached a

---
**1**
**STIPULATION OF DISMISSAL WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)**
USDC EDCA Case No. 10-cv-02602-JAM-GGH

PDF created with pdfFactory trial version www.pdffactory.com

resolution of this matter. Ther parties agree to dismiss it in its entirety with prejucide, pursuant to Fed. R. Civ. P. 41(a). Each party shall bear its own fees and costs.

The parties seek the Court's approval of dismissal of this action with prejudice, through the order listed *infra.*

**IT IS SO STIPULATED.**

Date:  September 7, 2011          ERISA LAW GROUP

                                   By: */s/ Thornton Davidson*
                                        Thornton Davidson
                                        Attorneys for Plaintiff
                                        DAISY THOMAS-COHENS

Date:  September 7, 2011          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                                   By: */s/ Sean P. Nalty*
                                        SEAN P. NALTY
                                        DENNIS J. RHODES
                                        Attorneys for Defendants
                                        LOCKHEED MARTIN INC., GROUP LONG TERM DISABILITY PLAN

**ORDER**

**IT IS SO ORDERED.**

Dated:  September 7, 2011                    /s/ John A. Mendez
                                              HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com